MONTE B. LAKE (*pro hac vice forthcoming*)
WENDEL V. HALL (*admitted pro hac vice*)
CHRISTOPHER J. SCHULTE (*pro hac vice forthcoming*)
CJ LAKE, LLC
525 Ninth Street, N.W., Suite 800
Washington, DC 20004
Telephone: 202.465.3000
Facsimile: 202.347.3664
E-Mail: mlake@cj-lake.com
whall@cj-lake.com
cschulte@cj-lake.com

JAMES W. BRADSHAW (NSBN 1638)
LISA M. WILTSHIRE (NSBN 10470)
MCDONALD CARANO WILSON LLP
100 W. Liberty Street, Tenth Floor
P.O. Box 2670
Reno, NV 89505
Telephone: 775.788.2000
Facsimile:  775.788.2020
E-Mail: jbradshaw@mcdonaldcarano.com
lwiltshire@mcdonaldcarano.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID AND BONNIE LITTLE, *et al.*, | Case No: 3:13-cv-00046-HDM-WGC |
| Plaintiffs, | **ORDER** |
| v. | |
| HILDA L. SOLIS, *et al.*, | |
| Defendants. | |

Having considered Plaintiffs' Unopposed Motion For Leave To Withdraw Motion For Temporary Restraining Order And Preliminary Injunction And Other Relief, the Memorandum Of Points And Authorities In Support, the parties' Stipulation, Defendants' non-opposition, and the entire record herein, the COURT HEREBY ORDERS as follows:

IT IS ORDERED that the parties' Stipulation is incorporated herein by reference;

IT IS FURTHER ORDERED that Defendants shall file the administrative record on or before February 22, 2013;

1

IT IS FURTHER ORDERED that the parties will file Cross-Motions For Summary Judgment on or before March 22, 2013;

IT IS FURTHER ORDERED that the parties will file their respective oppositions to the Motions For Summary Judgment on or before April 5, 2013; and,

IT IS FURTHER ORDERED that Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction shall be, and hereby is, withdrawn without prejudice.

IT IS SO ORDERED.

Dated: February 4, 2013.

*Howard D. McKibben*

UNITED STATES DISTRICT JUDGE