MONTE B. LAKE (*admitted pro hac vice*)
WENDEL V. HALL (*admitted pro hac vice*)
CHRISTOPHER J. SCHULTE (*admitted pro hac vice*)
CJ LAKE, LLC
525 Ninth Street, N.W., Suite 800
Washington, DC 20004
Telephone: 202.465.3000
Facsimile: 202.347.3664
E-Mail: mlake@cj-lake.com
        whall@cj-lake.com
        cschulte@cj-lake.com

JAMES W. BRADSHAW (NSBN 1638)
LISA M. WILTSHIRE (NSBN 10470)
MCDONALD CARANO WILSON LLP
100 W. Liberty Street, Tenth Floor
P.O. Box 2670
Reno, NV 89505
Telephone: 775.788.2000
Facsimile:  775.788.2020
E-Mail: jbradshaw@mcdonaldcarano.com
        lwiltshire@mcdonaldcarano.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID AND BONNIE LITTLE, *et al.*, | Case No: 3:13-cv-00046-HDM-WGC |
| Plaintiffs, | ORDER GRANTING **PROPOSED ORDER GRANTING PLAINTIFFS' MOTION TO SUPPLEMENT THE VERIFIED PETITIONS FILED BY MONTE B. LAKE, WENDEL V. HALL AND CHRISTOPHER J. SCHULTE** |
| v. | |
| HILDA L. SOLIS, *et al.*, | |
| Defendants. | |

Having considered Plaintiffs' Motion to Supplement the Verified Petitions Filed by Monte B. Lake, Wendel V. Hall and Christopher J. Schulte, the COURT HEREBY ORDERS as follows:

IT IS ORDERED that Plaintiffs' request to supplement counsel's Pro Hac Vice Applications with additional signatures is GRANTED;

/ / /

/ / /

1

IT IS FURTHER ORDERED that Plaintiffs' request to designate James Bradshaw as local counsel is GRANTED.

IT IS SO ORDERED.

Dated: March 13, 2013.

*Howard D. McKibben*

UNITED STATES DISTRICT JUDGE