**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

```
DAVID AND BONNIE LITTLE, et al., )    3:13-cv-00046-HDM-WGC
                                 )
           Plaintiffs,           )
vs.                              )    ORDER
                                 )
HILDA L. SOLIS, et al.,          )
                                 )
           Defendants.           )
                                 )
_____)
```

Pursuant to consent motion for extension of time (#32), the deadline for the parties to file cross motions for summary judgment is extended to April 19, 2013 and the deadline for responses is extended to May 17, 2013.

**IT IS SO ORDERED.**

DATED: This 18th day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE