UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DAVID AND BONNIE LITTLE, et al., | ) | 3:13-cv-00046-HDM-WGC |
| Plaintiffs, | ) | |
| vs. | ) | ORDER |
| HILDA L. SOLIS, et al., | ) | |
| Defendants. | ) | |

    The defendants' unopposed motion to dismiss (#39) this action as moot is **GRANTED.**

    **IT IS SO ORDERED**.

    DATED: This 16th day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE